UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>TAO NGUYEN,<br><br>       Defendant. | SA CR 19CR00142-JLS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1920: False Statement to Obtain Federal Employees' Compensation]<br><br>**[CLASS A MISDEMEANOR]** |

The United States Attorney charges:

[18 U.S.C. § 1920]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant TAO NGUYEN was a resident of Orange County, within the Central District of California.

2. The Federal Employees' Compensation Act, Title 5, United States Code, Sections 8101, et seq. ("FECA"), provided compensation benefits to civilian employees of the United States, including United States Postal Service ("USPS") employees, for wage-loss disability due to a traumatic injury or occupational disease sustained while

working as a federal employee. Benefits available pursuant to FECA were administered by the Office of Workers' Compensation Programs ("OWCP"), a component of the Department of Labor ("DOL").

3. Benefits paid to USPS employees under FECA were funded by monies belonging to the USPS, an agency of the United States.

4. A wage-loss disability claimant was required to return to work (including limited duty or part-time work) as soon as the claimant was able. Once the claimant returned to work, or if the claimant obtained a new job, the claimant was required to notify DOL-OWCP immediately.

5. Once per year, claimants were required to submit to OWCP a Form EN 1032 certifying that over the past 15 months the claimant had not worked for any employer, had not been self-employed or involved in any business enterprise, was unemployed, and had not performed any volunteer work for which any form of monetary or in-kind compensation was received. In addition, Form EN 1032 required the claimant to report any change in medical condition or employment immediately to DOL-OWCP. Claimants were informed that the information they provided on the Form EN 1032 would be used to decide whether the claimant was entitled to continue receiving benefits, and whether the benefits should be adjusted.

6. Defendant NGUYEN sustained a workplace injury on August 15, 2007, and later filed a workers' compensation claim with DOL. At the time, defendant NGUYEN was working as a carrier for the La Habra Post Office. DOL-OWCP subsequently approved defendant NGUYEN's claim.

///

B.   FALSE STATEMENTS

    7.   On or about February 22, 2014, in Orange County, within the Central District of California, and elsewhere, defendant NGUYEN knowingly and willfully falsified, concealed, and covered up a material fact, and made a false, fictitious, and fraudulent statement and representation, in connection with an application for and receipt of compensation and other benefit and payment under FECA, in that on an official DOL Form EN 1032, defendant NGUYEN concealed his business profits entirely and his operation of a second business enterprise in answering the question, "Did you work for any employer during the past 15 months?" and "If yes, state: . . . dates of self-involvement or involvement in business enterprise:" and "Name/Address of place of employment or business:" by identifying only "Kevin's Laundry" and "$0" for his rate of pay and earnings, when in fact, as defendant NGUYEN then knew at the time of his answers: (1) he had earned business profits at Kevin's Laundry, and (2) in addition to Kevin's Laundry, he had worked during the past 15 months for, was self-employed at, and was involved in a business enterprise known as "7th St. Coin Laundry," in Long Beach, California.  In falsifying, concealing, and covering up his business involvement, and in making

///
///
///

each of the false, fictitious, and fraudulent representations described above, defendant NGUYEN falsely obtained compensation and benefits that did not exceed $1,000.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

KRISTEN A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Major Frauds Section

ASHWIN JANAKIRAM
Assistant United States Attorney
Major Frauds Section

4